# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Eunice Larkins,

    Plaintiff,

        v.                                       Case No. 1:07cv354

Family Dollar Stores of Ohio, Inc.,        Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 16, 2008 (Doc. 18).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court find the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Defendant's Motion to Dismiss (Doc. 17) is granted in part and denied in part consistent with the decision of the Magistrate Judge. This matter is dismissed from the docket of this Court.

**IT IS SO ORDERED.**

                                                  *S/Michael R. Barrett*
                                                  Michael R. Barrett, Judge
                                                  United States District Court